IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MIDWESTERN HIGHER EDUCATION COMPACT as subrogee of Northwest Kansas Technical College and NORTHWEST KANSAS TECHNICAL COLLEGE,<br><br>      Plaintiffs,<br><br>vs.<br><br>DJI TECHNOLOGY, INC.; DJI SERVICE, LLC; SZ DJI TECHNOLOGY CO., LTD; and SZ DJI RONIN TECHNOLOGY CO., LTD.<br><br>      Defendants | Case No. 6:19-cv-01322-JWB-KGG |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiffs Midwestern Higher Education Compact, as subrogee of Northwest Kansas Technical College, and Northwest Kansas Technical College, and Defendants DJI Technology, Inc., DJI Service, LLC, SZ DJI Technology Co., Ltd., and SZ DJI Ronin Technology Co., Ltd., and hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above matter shall be dismissed with prejudice, with each party to bear their own costs.

Respectfully proposed by:

WALLACE SAUNDERS

By: /s/ Michael L. Brown
    Michael L. Brown    KS #21313
    Katy L. Houchin    KS #28259
    10111 West 87th Street
    Overland Park, KS 66212
    (913) 888-1000 FAX - (913) 888-1065
    mbrown@wallacesaunders.com
    khouchin@wallacesaunders.com

ATTORNEYS FOR DEFENDANTS

By: /s/ Marc A. Powell
    Marc A. Powell
    Powell Law Office
    727 N. Waco Ave.
    Suite 585
    Wichita, KS  67203
    mpowell@powelloffice.com

ATTORNEYS FOR PLAINTIFFS

A courtesy copy of the above and foregoing was sent via e-mail to:

Joshua D. Yeager
Jennifer Lee
Cremer, Spina, Shaughnessy, Jansen & Siegert, LLC
1 North Franklin Street
Chicago, IL 60606
JYeager@cremerspina.com
jlee@cremerspina.com

ATTORNEYS FOR UNSERVED DEFENDANTS
SZ DJI TECHNOLOGY CO., LTD., AND SZ DJI RONIN TECHNOLOGY CO., LTD.

  /s/ Michael L. Brown
Michael L. Brown
For the Firm

2